UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EMANUEL MAGANA, MIGUEL TILLEY, and WILLIAM BENGE, | § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | EP-20-CV-00223-DCG |
| LONGHORN PIZZA, INC., | § § § | |
| *Defendant*. | § | |

## ORDER DISMISSING CASE

Before the Court is the parties' "Joint Stipulation of Dismissal With Prejudice" (ECF No. 58), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, **IT IS ORDERED** that all claims asserted by Plaintiffs Emanuel Magana, Miguel Tilley, and William Benge in this action against Defendant Longhorn Pizza, Inc. are **DISMISSED WITH PREJUDICE** with each party bearing its own costs and fees.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 21ST day of January 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE